STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Leslie J. Schiff
Schiff Law Corp.
P. O. Box 10
Opelousas LA 70571-0010

**REHEARING ACTION: June 11, 2014**

**Docket Number: 13   01069-CA**

**GALLOWAY JEFCOAT, LLP**
**VERSUS**
**D. PATRICK ("RICK") KEATING**

**Appealed from Lafayette Parish Case No. C-20110985**

**BEFORE JUDGES:**

 **Hon. John D. Saunders**
 **Hon. Marc T. Amy**
 **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **D. Patrick ("Rick") Keating** has this day been

 **DENIED.**

cc: Hoai T. Hoang, Counsel for the Appellant
 Lamont Paul Domingue, Counsel for the Appellant